Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Plaintiff
STETSON DEVELOPMENT, INC.



Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DISTRICT



| | |
|---|---|
| STETSON DEVELOPMENT, INC., a California corporation<br><br>Plaintiff<br><br>vs.<br><br>HARLEY E. STONE, III, an individual; KERICK VALVE, INC., a Florida corporation,<br><br>Defendants | Case No. EDCV07-00697 VAP (OPx)<br><br>**VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Since the Complaint has not yet been served on Defendants Harley E. Stone, III and Kerick Valve, Inc., Plaintiff hereby dismisses this action without prejudice

///
///
///



Case No. EDCV07-00697 VAP (OPx)
VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED R CIV P 41(A)(1)

against Harley E. Stone, III and Kerick Valve, Inc. pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: July 10, 2007

STETINA BRUNDA GARRED & BRUCKER

By: _____
Kit M. Stetina
Attorneys for Plaintiff
STETSON DEVELOPMENT, INC.

IT IS SO ORDERED

DATE July 11 2007

_____
Virginia A. Phillips
U.S. DISTRICT COURT JUDGE

Case No EDCV07-00697 VAP (OPx)     2
VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED R. CIV P 41(A)(1)